UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

                                              Chapter 13

LISA M. BRUNJES

                    DEBTORS.
-----------------------------------------------------X


## PRE-PETITION STATEMENT PURSUANT TO LR 2017-1

The undersigned states that the following pre-petition services have been rendered in the following amounts and by the following individual(s):

1.     Analysis of clients' financial situation was conducted by JOSEPH D. ROCCO, ESQ.
                                                                                                              Time: 1.50 Hours

2.     Review of all of the information as it appears on the clients' statements, paystubs, bills, deeds, etc. conducted by JOSEPH D. ROCCO, ESQ.           Time: 3.50 Hours

3.     Preparation of the bankruptcy petition, schedules and statements and review of same conducted by JOSEPH D. ROCCO, ESQ.                  Time: 1.75 Hours

4.     Review, verification and execution of the petition, schedules and statements by JOSEPH D. ROCCO, ESQ.                                                         Time: .75 Hours

5.     Anticipated attendance at 341 meeting with Chapter 13 trustee and clients by JOSEPH D. ROCCO, ESQ.                                                        Time: 1.25 Hours

A comparable billing rate for attorneys is $400.00 per hour.


Dated: April 30, 2023                                                                       s/ Joseph D. Rocco
                                                                                                Rocco & Rocco, P.C.
                                                                                                3601 Hempstead Tpke
                                                                                                Suite 202
                                                                                                Levittown, NY 11756